IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **STATE OF MARYLAND,** | * | |
| **DEPARTMENT OF THE** | * | |
| **ENVIRONMENT,** | * | |
| | * | |
| Plaintiff | * | Civil Nos.  **PJM 10-0826** |
| v. | * | **PJM 11-1209** |
| | * | **PJM 12-3755** |
| **GENON ASH MANAGEMENT, LLC,** | * | |
| et al., | * | |
| | * | |
| Defendants. | * | |

## ORDER CLOSING CASES

The parties have advised the Court that the above related actions are settling, including all remaining counterclaims, cross-claims, third-party claims, and attorneys' fees, if any. Accordingly, pursuant to Local Rule 111, it is, this 7th day of August, 2013

**ORDERED**, that these actions are hereby **DISMISSED**, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement.  The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen these actions if settlement is not consummated. If no party moves to reopen, the dismissals shall be with prejudice.

/s/
────────────────────────
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**